DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

LEVERTIS VICKERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2786

———————————————

March 13, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Levertis Vickers, pro se.

PER CURIAM.

     Affirmed.

SILBERMAN, SLEET, and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.